NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,**
*Appellant*

v.

**INTERNATIONAL SECURITIES EXCHANGE, LLC,**
*Appellee*

---

2015-1728, -1729, -1730

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2013-00049, CBM2013-00050, and CBM2013-00051.

---

**INTERNATIONAL SECURITIES EXCHANGE, LLC,**
*Appellant*

v.

**CHICAGO BOARD OPTIONS EXCHANGE, INC.,**
*Appellee*

---

2015-1743, -1744

---

2 CHICAGO BOARD OPTIONS EXCHANGE v. INT'L. SECURITIES EXCHANGE

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00097 and IPR2014-00098.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motions to extend the briefing schedule in each of the above-captioned appeals,

IT IS ORDERED THAT:

The motions are granted. Appellants' opening briefs are due no later than September 18, 2015. Appellees' response briefs are due no later than November 2, 2015. Appellants' reply briefs are due no later than November 25, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31